# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GABRIEL ALBERT PERAZZO,

        Petitioner

        v.

CHESTER COUNTY COURT OF COMMON PLEAS,

        Respondent

: No. 125 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.